IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA RAEL and ALYSSA HEDRICK, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE CHILDREN'S PLACE, INC., a Delaware corporation, and DOES 1-50,<br><br>Defendant. | Case No. 16cv370-GPC-JMA<br><br>**ORDER GRANTING JOINT MOTION EXTENDING PLAINTIFFS' TIME TO FILE A MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT** |

Having considered the Parties' motion and finding good cause therein, the Court grants the Parties' joint motion extending Plaintiffs' time to file a motion for preliminary approval of settlement by forty-five (45) days. Plaintiffs' deadline to file a motion for preliminary approval of settlement is August 25, 2017.

Dated: July 12, 2017

Hon. Gonzalo P. Curiel
United States District Judge