IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA RAEL and ALYSSA HEDRICK, on behalf of themselves and all others similarly situated,<br><br>　　Plaintiff,<br><br>vs.<br><br>THE CHILDREN'S PLACE, INC., a Delaware corporation, and DOES 1-50,<br><br>　　Defendant. | Case No. 16cv370-GPC-JMA<br><br>**ORDER GRANTING JOINT MOTION EXTENDING PLAINTIFFS' TIME TO FILE A MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**<br><br>The Honorable Gonzalo P. Curiel |

　　Having considered the Parties' motion and finding good cause therein, the Court grants the Parties' joint motion extending Plaintiffs' time to file a motion for preliminary approval of settlement by thirty (30) days. Plaintiffs' deadline to file a motion for preliminary approval of settlement is September 25, 2017.

Dated:  August 25, 2017

　　　　　　　　　　　　　　　　　　　／s／ Gonzalo P. Curiel
　　　　　　　　　　　　　　　　　　Hon. Gonzalo P. Curiel
　　　　　　　　　　　　　　　　　　United States District Judge