**CARLSON LYNCH SWEET**
**KILPELA & CARPENTER, LLP**
Todd D. Carpenter (CA 234464)
1350 Columbia Street, Suite 603
San Diego, California 92101
Telephone: (619) 762-1900
Facsimile: (619) 756-6991
tcarpenter@carlsonlynch.com

*Attorneys for Plaintiff and Class Counsel*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA RAEL and ALYSSA HEDRICK, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE CHILDREN'S PLACE, INC.,<br><br>Defendant. | Case No: 16CV370-GPC-JMA<br><br>**CLASS ACTION**<br><br>**NOTICE OF MOTION AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AND PROVISIONAL CLASS CERTIFICATION**<br><br>Date: February 9, 2018<br>Time: 1:30 p.m.<br>Judge: Hon. Gonzalo P. Curiel<br>Courtroom: 2D |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 23(e), Plaintiffs Monica Rael and Alyssa Hedrick ("Plaintiffs") will and hereby do move this Court for an order granting preliminary approval of the class action settlement reached by the Parties, and to enter the [Proposed] Order Granting Preliminary Approval of Class Settlement and Provisional Class Certification, which is attached to the concurrently submitted Settlement Agreement and Release as Exhibit A. Plaintiffs hereby move, and Defendant The Children's Place, Inc. ("Defendant") will not oppose a request, for the Court to (1) preliminarily approve the Settlement Agreement; (2) provisionally certify the Class; (3) preliminarily approve the form, manner, and content of the proposed notices to the Class; (4) conditionally appoint named Plaintiffs as Class Representatives; (5) conditionally appoint Carlson Lynch Sweet Kilpela & Carpenter, LLP as Class Counsel; (6) set the date and time of the Final Fairness Hearing; (7) determine that Defendant has complied with the CAFA notice requirements; and (8) stay all proceedings in the Action until final approval of the settlement.

This unopposed motion is based upon this notice, the memorandum of points and authorities, the Declaration of Todd D. Carpenter, the Settlement Agreement and exhibits submitted therewith, upon all papers and pleadings on file herein, and any oral argument the Court may choose to entertain at the preliminary approval hearing.

Date: November 22, 2017

Respectfully submitted,

*/s/ Todd D. Carpenter*
**CARLSON LYNCH SWEET KILPELA & CARPENTER, LLP**
Todd D. Carpenter (CA 234464)
1350 Columbia Street, Suite 603
San Diego, California 92101
Telephone: (619) 762-1900
Facsimile: (619) 756-6991
tcarpenter@carlsonlynch.com

*Attorneys for Plaintiff and Class Counsel*