# CERTIFICATE OF SERVICE

The undersigned certifies that on November 22, 2017, a true and correct copy of the following documents were electronically filed and served on all counsel of record who are deemed to have consented to electronic service via the Court's CM-ECF system:

**NOTICE OF MOTION AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AND PROVISIONAL CLASS CERTIFICATION**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AND PROVISIONAL CLASS CERTIFICATION**

**DECLARATION OF TODD D. CARPENTER IN SUPPORT OF UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AND PROVISIONAL CLASS CERTIFICATION AND EXHIBIT 1 ATTACHED THERETO**

Pursuant to the CM-ECF system, registration as a CM-ECF user constitutes consent to electronic service through the Court's transmission facilities. Any other counsel of record will be served by electronic mail and U.S. mail.

Dated: November 22, 2017

**CARLSON LYNCH SWEET KILPELA & CARPENTER LLP**

By: */s/Todd D. Carpenter*

Todd D. Carpenter