1
2
3
4
5
6
7

8                       UNITED STATES DISTRICT COURT
9                     SOUTHERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| 11  MONICA RAEL and ALYSSA HEDRICK, on behalf of themselves and all others similarly situated,<br>12<br>13              Plaintiffs,<br>14       v.<br>15  THE CHILDREN'S PLACE, INC., a DELAWARE corporation, and DOES 1-50, inclusive,<br>16<br>17              Defendant. | Case No.  16CV0370-GPC-JMA<br><br>**ORDER GRANTING JOINT MOTION FOR AN EXTENSION OF TIME FOR THE CHILDREN'S PLACE, INC. TO RESPOND TO PLAINTIFFS' THIRD AMENDED COMPLAINT**<br><br>**JUDGE: GONZALO P. CURIEL**<br>**COURTROOM: 2D** |

18
19
20
21
22
23
24
25
26
27
28

Plaintiffs Monica Rael and Alyssa Hedrick ("Plaintiffs") and defendant The Children's Place, Inc. ("TCP") filed a joint motion to extend the time for TCP to respond to the Third Amended Complaint.

Having reviewed the joint motion, the Court hereby GRANTS the joint motion. TCP shall have up to and including March 16, 2018 to answer or otherwise respond to Plaintiffs' Third Amended Complaint ("TAC"). If the Court grants Plaintiffs' Motion for Preliminary Approval of Settlement and Provisional Class Certification (ECF 36), TCP's deadline to answer or respond to the TAC shall be stayed pending resolution of the settlement approval process.

**IT IS SO ORDERED**:

Dated: December 7, 2017

Hon. Gonzalo P. Curiel
United States District Judge