UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

MONICA RAEL and ALYSSA HEDRICK, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

THE CHILDREN'S PLACE, INC., a DELAWARE corporation, and DOES 1-50, inclusive,

Defendant.

Case No.: 3:16-cv-00370-GPC-JMA

**ORDER DIRECTING PARTIES TO SUBMIT A JOINT STATUS REPORT RE: MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**

On February 8, 2018, this Court held a hearing discussing plaintiff's motion for preliminary approval of settlement. Dkt. No. 42. The Court allowed plaintiff to file an amended motion for preliminary approval of settlement with the "next week or two." The Court observes that three weeks have now passed and Plaintiff has yet to file a revised motion for preliminary approval of settlement.

The parties are **DIRECTED** to file a joint status report regarding the status of the motion by **Friday, March 9, 2018.** Alternatively, plaintiff may file their revised motion by that date in lieu of the joint status report.

**IT IS SO ORDERED.**

Dated: March 2, 2018

Hon. Gonzalo P. Curiel
United States District Judge