UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA RAEL and ALYSSA HEDRICK, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE CHILDREN'S PLACE, INC., a DELAWARE corporation, and DOES 1-50, inclusive,<br><br>Defendant. | Case No.: 3:16-cv-00370-GPC-JMA<br><br>**ORDER DENYING AS MOOT MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**<br><br>**[DKT. NO. 36]** |

On February 8, 2018, this Court held a hearing regarding plaintiff's motion for preliminary approval of settlement. Dkt. No. 42. The Court directed the parties to submit an amended motion for preliminary approval of the settlement. Dkt. No. 42. On March 9, 2018, Defendant the Children's Place, Inc. and Plaintiffs (the "Parties") filed a joint status report stating that the upcoming filing would address a "recent Ninth Circuit decision regarding settlement approval." Dkt. No. 44. On March 30, 2018, the parties submitted a joint status update to address the recent Ninth Circuit decision in *In re Hyundai & Kia Fuel Economy Litigation*, 881 F.3d 679 (9th Cir. 2018). On April 2,

1

2018, the Court stayed this action pending resolution of the petition for rehearing en banc in *Hyundai*.

The parties have indicated that they will be resubmitting a motion for preliminary approval of settlement once the stay in this case is lifted. Accordingly, the Court **DENIES AS MOOT** the operative preliminary motion for settlement (Dkt. No. 36).

**IT IS SO ORDERED.**

Dated: June 8, 2018

Hon. Gonzalo P. Curiel
United States District Judge