UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA RAEL and ALYSSA HEDRICK, on behalf of themselves and all others similarly situated,<br><br>                              Plaintiffs,<br><br>v.<br><br>THE CHILDREN'S PLACE, INC., a DELAWARE corporation, and DOES 1-50, inclusive,<br><br>                              Defendant. | Case No.:  3:16-cv-00370-GPC-LL<br><br>**ORDER DISMISSING WITHOUT PREJUDICE AMENDED MOTION FOR SETTLEMENT AND PROVISIONAL CLASS CERTIFICATION**<br><br>**ECF No. 58.** |

On November 22, 2017, Plaintiffs Monica Rael and Alyssa Hedrick filed an unopposed motion for preliminary approval of settlement and provisional class certification. ECF No. 36. On April 2, 2018, the Court stayed proceedings pending the Ninth Circuit's decision on the petitions for rehearing *en banc* in *In re Hyundai & Kia Fuel Economy Litigation*, 881 F.3d 679 (9th Cir. 2018). ECF No. 48. On June 17, 2019, the Court lifted the stay. ECF No. 57. Then, on October 25, 2019, Plaintiffs amended their motion for preliminary approval of settlement and provisional class certification. ECF No. 58. Plaintiffs noticed the motion for a hearing on November 1, 2019. *Id.*

"Local rules have the 'force of law' and are binding upon the parties and upon the court." *Prof'l Programs Grp. v. Dep't of Commerce*, 29 F.3d 1349, 1353 (9th Cir. 1994) (citations omitted). Per the local rules of this District, parties must obtain a hearing date for any motion where the "court's ruling is necessary." CivLR 7.1.e.1. Unless the Court grants permission to file with reduced time, the motion must be filed at least "twenty-eight (28) days prior to the date for which the matter is noticed." *Id.* Where a party fails to comply with the local rules in filing a motion, a court may dismiss the motion. *See Atchinson, Topeka & Santa Fe Ry. Co. v. Hercules Inc.*, 146 F.3d 1071, 1074 (9th Cir. 1998) ("District courts have inherent power to control their dockets.").

Here, Plaintiff's motion was filed within one week of the proposed hearing date, and that date was not obtained at the time of filing. Consequently, the Court **DISMISSES** Plaintiff's motion for failure to comply with Local Rule 7.1.e.1. Plaintiff may obtain a hearing date by calling chambers, and then re-file the motion with that date.

**IT IS SO ORDERED.**

Dated: October 31, 2019

Hon. Gonzalo P. Curiel
United States District Judge