COOLEY LLP
MICHELLE C. DOOLIN (179445)
(mdoolin@cooley.com)
DARCIE A. TILLY (239715)
(dtilly@cooley.com)
SOPHIA M. RIOS (305801)
(srios@cooley.com)
4401 Eastgate Mall
San Diego, CA  92121
Telephone: (858) 550-6000
Facsimile:  (858) 550-6420

Attorneys for Defendant
The Children's Place, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA RAEL and ALYSSA HEDRICK, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE CHILDREN'S PLACE, INC., a DELAWARE corporation, and DOES 1-50, inclusive,<br><br>Defendant. | Case No.  16CV0370-GPC-LL<br><br>**CLASS ACTION**<br><br>**THE CHILDREN'S PLACE, INC.'S *EX PARTE* MOTION TO EXTEND DEADLINE TO PROVIDE NOTICE TO THE CLASS AND RELATED DEADLINES**<br><br>Judge: Hon. Gonzalo P. Curiel<br>Courtroom: 2D |

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

*EX PARTE* MOTION TO
EXTEND NOTICE DEADLINE
CASE NO. 16CV0370-GPC-LL

Defendant The Children's Place, Inc. ("TCP") hereby moves the Court for an order extending the deadline to provide notice to the Class of the parties' Settlement by thirty (30) days during this extraordinary national health crisis.

## I. PROCEDURAL HISTORY

The Court granted plaintiffs Monica Rael and Alyssa Hedrick's amended unopposed motion for preliminary approval of settlement and provisional class certification on January 28, 2020. (ECF No. 69.) The Court's order provided for the following deadlines:

| Event | Date |
|---|---|
| Last day for Defendant, through Claims Administrator, to:<br>(1) Send E-Mail Notice,<br>(2) Start operating Settlement Website,<br>(3) Begin to provide Online Media Notice. | March 31, 2020 |
| Last day for Plaintiffs to file fee petition. | April 30, 2020 |
| Last day for Class Members to:<br>(1) File a claim,<br>(2) Request an exclusion, or<br>(3) Object to the Settlement. | May 30, 2020 |
| Last day for Parties to file briefs in support of the Final Order and Judgment. | June 30, 2020 |
| Date of Fairness Hearing | July 31, 2020 |

## II. REQUEST FOR EXTENSION

TCP seeks an extension of the March 31, 2020 notice deadline, and related deadlines leading up to the Fairness Hearing, for reasons related to the COVID-19 outbreak. All of TCP's U.S. stores have shut down amid the national health crisis and the Company's resources are dedicated to taking the steps it needs to take to temporarily shut down its store operations as efficiently as possible. As such, the TCP requests a short extension of time (30 days) to send out the notice.

TCP's request for a thirty-day extension does not require the Court to move the Fairness Hearing currently scheduled for July 31, 2020. Instead, TCP seeks an order setting the following schedule for the deadlines leading up to the Fairness Hearing:

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

1.

EX PARTE MOTION TO
EXTEND NOTICE DEADLINE
CASE NO. 16CV0370-GPC-LL

| Event | Date |
|---|---|
| Last day for Defendant, through Claims Administrator, to: <br> (1) Send E-Mail Notice, <br> (2) Start operating Settlement Website, <br> (3) Begin to provide Online Media Notice. | April 30, 2020 |
| Last day for Plaintiffs to file fee petition. | May 30, 2020 |
| Last day for Class Members to: <br> (1) File a claim, <br> (2) Request an exclusion, or <br> (3) Object to the Settlement. | June 29, 2020 |
| Last day for Parties to file briefs in support of the Final Order and Judgment. | July 17, 2020 |
| Date of Fairness Hearing | July 31, 2020 |

This proposed schedule adjustment would not delay the timing for the distribution of Vouchers to Class Members if the Settlement receives approval at the Fairness Hearing. A proposed order with the above dates is submitted concurrently with this *ex parte* motion.

### III.     CONCLUSION

For the foregoing reasons, TCP respectfully requests that the Court enter an order extending the deadline to provide notice to the Class and related deadlines.

Dated:     March 24, 2020                    COOLEY LLP


By: *s/* Michelle C. Doolin
    Michelle C. Doolin (179445)

Attorneys for Defendant
THE CHILDREN'S PLACE, INC.

Cooley LLP
Attorneys At Law
San Diego

2.

*EX PARTE* MOTION TO
EXTEND NOTICE DEADLINE
CASE NO. 16CV0370-GPC-LL

## DECLARATION OF DARCIE A. TILLY

I, Darcie A. Tilly, hereby declare as follows:

1. I am an associate with the law firm of Cooley LLP. My business address is 4401 Eastgate Mall, San Diego, California 92121-1909. I submit this Declaration in support of Defendant The Children's Place, Inc.'s *ex parte* motion to extend the deadline to provide notice to the Class and related deadlines. The following statements are based upon my personal knowledge and if called as a witness, I could and would testify competently thereto.

2. On March 23 and 24, 2020, counsel for Defendant met and conferred with counsel for Plaintiffs Monica Rael and Alyssa Hedrick via telephone and email regarding the instant *ex parte* motion. Counsel for Plaintiffs has stated that Plaintiffs plan to oppose Defendant's *ex parte* motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct.

Executed this 24 day of March, 2020, in San Diego, California.

Darcie A. Tilly

# CERTIFICATE OF SERVICE

I, Michelle C. Doolin, certify that on March 24, 2020 I caused a copy of the foregoing document to be filed via the Court's CM/ECF system, which will automatically serve notice upon all counsel of record.

Dated:   March 24, 2020         By: *s/ Michelle C. Doolin*
                                    Michelle C. Doolin

Cooley LLP
Attorneys At Law
San Diego

4.

*EX PARTE* MOTION TO
EXTEND NOTICE DEADLINE
CASE NO. 16CV0370-GPC-LL