**CARLSON LYNCH, LLP**
Todd D. Carpenter (CA 234464)
tcarpenter@carlsonlynch.com
Scott G. Braden (CA 305051)
sbraden@carlsonlynch.com
1350 Columbia Street, Suite 603
San Diego, California 92101
Telephone: (619) 762-1900
Facsimile: (619) 756-6991

*Attorneys for Plaintiff and Class Counsel*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA RAEL and ALYSSA HEDRICK, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE CHILDREN'S PLACE, INC., a Delaware corporation, and DOES 1-50, inclusive,<br><br>Defendants. | Case No: 3:16-cv-00370-GPC-LL<br><br>**CLASS ACTION**<br><br>**PLAINTIFFS' OPPOSITION TO DEFENDANT'S *EX PARTE* MOTION TO EXTEND DEADLINE TO PROVIDE NOTICE TO THE CLASS AND RELATED DEADLINES**<br><br>Judge: Hon. Gonzalo P. Curiel<br>Courtroom: 2D |

Plaintiffs oppose Defendant's attempt to further delay the disposition of this Settlement.[1] Defendant's stated reason for need the extension—that its resources are currently dedicated to temporarily shutting down its stores amidst the COVID-19 emergency—are not well taken. First, Defendant is not responsible for any aspect of the notice program. The notice program is being exclusively handled by the third-party Claims Administrator, Kurtzman Carson Consultants LLC ("KCC"). Email Notice is overwhelmingly being sent by KCC, not Defendant. Defendant did not specify a reason as to why the present public health restrictions impact their ability to standby as KCC administers notice.

---

[1] Capitalized terms herein, unless otherwise defined, have the same definitions as those terms in the Settlement Agreement and Release. ECF No. 60-2, Ex. 1.

It is Plaintiffs' position that there is no better time to provide notice to consumers, as most consumers are utilizing electronic correspondence to communicate with their employers, friends and family, and, thus, are more frequently checking their email. Plaintiffs are concerned that if the time period between the Class Response Deadline and last day to file briefs in support of the Final Order and Judgment is shortened to just 18 days (Defendant's proposed extended deadlines are June 29, 2020, and July 17, 2020, respectively (ECF No. 70)), KCC will not have sufficient time to prepare its declaration in support of the motion for the Order Granting Final Approval of Class Settlement.

Moreover, this case has been ongoing since 2016 and the Class has already experienced significant delays in receiving benefits. On the heels of Settlement approval in February 2018, the case was stayed from April 4, 2018 (ECF No. 48), to June 17, 2019 (ECF No. 57). The Class should experience no further delay in receiving notice and the attendant benefits of the Settlement. Defendant should not be permitted to further delay this Settlement based on such an ambiguous request.

Respectfully submitted,

Date: March 24, 2020

**CARLSON LYNCH LLP**

By:  /s/ *Todd D. Carpenter*

Todd D. Carpenter (CA 234464)
tcarpenter@carlsonlynch.com
Scott G. Braden (CA 305051)
sbraden@carlsonlynch.com
1350 Columbia Street, Suite 603
San Diego, California 92101
Telephone:  (619) 762-1900
Facsimile:   (619) 756-6991

*Attorneys for Plaintiff and Class Counsel*