COOLEY LLP
MICHELLE C. DOOLIN (179445)
(mdoolin@cooley.com)
DARCIE A. TILLY (239715)
(dtilly@cooley.com)
SOPHIA RIOS (305801)
(srios@cooley.com)
4401 Eastgate Mall
San Diego, CA  92121
Telephone:   (858) 550-6000
Facsimile:    (858) 550-6420

Attorneys for Defendant
The Children's Place, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA RAEL and ALYSSA HEDRICK, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE CHILDREN'S PLACE, INC., a DELAWARE corporation, and DOES 1-50, inclusive,<br><br>Defendant. | Case No.  16CV0370-GPC-JMA<br><br>**NOTICE OF WITHDRAWAL OF *EX PARTE* MOTION**<br><br>Judge: Hon. Gonzalo P. Curiel<br>Courtroom: 2D |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on March 24, 2020, Defendant The Children's Place, Inc. electronically filed an *ex parte* motion to extend the deadline to provide notice to the Class and related deadlines. (ECF. No. 70.) Defendant hereby withdraws the motion.

Dated:     March 26, 2020            COOLEY LLP

/s/ *Michelle C. Doolin*
Michelle C. Doolin

Attorneys for Defendant
THE CHILDREN'S PLACE, INC.

1.    NOTICE OF WITHDRAWAL OF *EX PARTE* MOTION
CASE NO. 16CV0370-GPC-JMA

## CERTIFICATE OF SERVICE

I, Michelle C. Doolin, certify that on March 26, 2020 I caused a copy of the foregoing document to be filed via the Court's CM/ECF system, which will automatically serve notice upon all counsel of record.

Dated:   March 26, 2020         By: *s/ Michelle C. Doolin*
                                     Michelle C. Doolin