**CARLSON LYNCH, LLP**
Todd D. Carpenter (CA 234464)
tcarpenter@carlsonlynch.com
Scott G. Braden (CA 305051)
sbraden@carlsonlynch.com
1350 Columbia Street, Suite 603
San Diego, California 92101
Telephone: (619) 762-1900
Facsimile: (619) 756-6991

*Attorneys for Plaintiffs and Class Counsel*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA RAEL and ALYSSA HEDRICK, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE CHILDREN'S PLACE, INC., a Delaware corporation, and DOES 1-50, inclusive,<br><br>Defendants. | Case No: 3:16-cv-00370-GPC-LL<br><br>**CLASS ACTION**<br><br>**PLAINTIFFS' NOTICE OF UNOPPOSED MOTION AND UNOPPOSED MOTION FOR ATTORNEYS' FEES, COSTS, AND INCENTIVE AWARD**<br><br>Date:  July 31, 2020<br>Time:  1:30 p.m.<br>Judge:  Hon. Gonzalo P. Curiel<br>Crtrm:  2D |

**TO THE COURT, PARTIES, AND ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, on January 28, 2020, this Court granted preliminary approval of the class action Settlement[1] in this matter and set the Fairness Hearing to be held on July 31, 2020, at 1:30 p.m. in Department 2D of the above-entitled Court. At the Fairness Hearing, or as soon thereafter as counsel can be heard, Plaintiffs will, and hereby do, move for an Order Awarding Attorneys' Fees, Costs, and Incentive Award.

Class Counsel requests an award of $1,080,000 in attorneys' fees and costs to be approved by this Court. Importantly, the requested fees and costs will be paid out

---

[1] Capitalized terms herein, unless otherwise defined, have the same definitions as those terms in the Settlement Agreement and Release. ECF No. 60-2, Ex. 1.

- 1 -

separately and apart from any benefits paid to the Class. Named Plaintiffs, Monica Rael and Alyssa Hendrick, also request an incentive award of $2,500 each, as agreed to by Defendant, in recognition of their risk in commencing this case and efforts in litigating this Action.

Therefore, Plaintiffs, on behalf of themselves and the Class, submit this motion, which is based upon this Notice of Motion and Motion, the Memorandum of Points and Authorities and the Declaration of Todd D. Carpenter in support hereof and filed concurrently herewith, the records and files in this Action, and such other and further arguments as may be presented and considered.

Respectfully submitted,

Date: April 30, 2020

**CARLSON LYNCH LLP**

By:  */s/ Todd D. Carpenter*

Todd D. Carpenter (CA 234464)
tcarpenter@carlsonlynch.com
Scott G. Braden (CA 305051)
sbraden@carlsonlynch.com
1350 Columbia Street, Suite 603
San Diego, California 92101
Telephone:  (619) 762-1900
Facsimile:   (619) 756-6991

*Attorneys for Plaintiffs and Class Counsel*