1
2
3
4
5

**CARLSON LYNCH, LLP**
Todd D. Carpenter (CA 234464)
tcarpenter@carlsonlynch.com
Scott G. Braden (CA 305051)
sbraden@carlsonlynch.com
1350 Columbia Street, Suite 603
San Diego, California 92101
Telephone:   (619) 762-1900
Facsimile:   (619) 756-6991

6  *Attorneys for Plaintiff and Class Counsel*

7

8              UNITED STATES DISTRICT COURT

9             SOUTHERN DISTRICT OF CALIFORNIA

10  MONICA RAEL and ALYSSA HEDRICK,     Case No: 3:16-cv-00370-GPC-LL
    on behalf of themselves and all others
11  similarly situated,                 **CLASS ACTION**

12              Plaintiffs,             **NOTICE OF PLAINTIFFS' MOTION
                                        AND MOTION FOR FINAL**
13  v.                                  **APPROVAL OF CLASS ACTION
                                        SETTLEMENT**
14  THE CHILDREN'S PLACE, INC., a
    Delaware corporation, and DOES 1-50,  Date:   July 31, 2020
15  inclusive,                          Time:   1:30 p.m.
                                        Judge: Hon. Gonzalo P. Curiel
16              Defendants.             Place:  Courtroom: 2D

17
18
19
20
21
22
23
24
25
26
27
28

---

NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT
16cv0370

1    TO THE HONORABLE COURT, ALL PARTIES, AND COUNSEL OF RECORD:

2    PLEASE TAKE NOTICE that on Jul 31, 2020, at 1:30 p.m., or as soon thereafter

3    as the matter may be heard, in Courtroom 2D, before the Honorable Gonzalo P. Curiel,

4    Plaintiffs and Class Counsel[1] will, and hereby do, respectfully request that the Court grant

5    Final Approval of the Settlement for which the Court granted Preliminary Approval on

6    January 28, 2020, the terms of which are more specifically described in the Memorandum

7    and Points of Authority filed in support of this Motion.

8    This Motion is based upon this Notice of Motion and Motion, the accompanying

9    Memorandum of Points and Authorities, the Declaration of Class Counsel, Todd D.

10   Carpenter, and Exhibits, the Declaration of Jay Geraci on behalf of Notice Administrator

11   KKC Class Action Services, LLC, Plaintiffs' responses to objections, the [Proposed] Order

12   and [Proposed] Final Judgement, other pleadings and papers on file in this Action, and

13   other such evidence or argument as may be presented to the Court at the hearing on this

14   Motion.

15                                    Respectfully submitted,

16   Date: June 30, 2020             **CARLSON LYNCH LLP**

17                           By:     */s/ Todd D. Carpenter*

18                                   Todd D. Carpenter (CA 234464)
                                     tcarpenter@carlsonlynch.com
19                                   Scott G. Braden (CA 305051)
                                     sbraden@carlsonlynch.com
20                                   1350 Columbia Street, Suite 603
                                     San Diego, California 92101
21                                   Telephone:  (619) 762-1900
                                     Facsimile:   (619) 756-6991
22
                                     *Attorneys for Plaintiff and Class Counsel*
23

24

25

26

27

28   _____
     [1] Capitalized terms herein, unless otherwise defined, have the same definitions as those
     terms in the Settlement Agreement and Release.  ECF No. 60-2, Ex. 1.

1