1  COOLEY LLP
   MICHELLE C. DOOLIN (179445)
2  (mdoolin@cooley.com)
   4401 Eastgate Mall
3  San Diego, CA  92121
   Telephone:   (858) 550-6000
4  Facsimile:    (858) 550-6420

5  COOLEY LLP
   ANDREW W. BARR (*pro hac vice*)
6  (abarr@cooley.com)
   380 Interlocken Crescent, Suite 900
7  Broomfield, CO 80021
   Telephone: (720) 566-4000
8  Facsimile: (720) 566-4099

9  Attorneys for Defendant
   The Children's Place, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA RAEL and ALYSSA HEDRICK, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE CHILDREN'S PLACE, INC., a DELAWARE corporation, and DOES 1-50, inclusive,<br><br>Defendant. | Case No.  16CV0370-GPC-LL<br><br>**JOINT STATUS CONFERENCE REPORT**<br><br>Judge:  Hon. Gonzalo P. Curiel<br>Ctrm:   Schwartz‑2D |

**STATUS CONFERENCE REPORT**

Plaintiffs Monica Rael and Alyssa Hedrick ("Plaintiffs") and Defendant The Children's Place, Inc. ("TCP") hereby provide this Status Conference Report due to the upcoming status conference scheduled for January 19, 2021. (Dkt. 122.)

This Court ordered the parties to meet and confer regarding the matters presented in the status reports filed on December 11 and December 13, 2020. (Dkt. 119.) The parties met and conferred several times after this Court's order and appeared to be close to reaching a final resolution regarding whether and how to move forward with the settlement that was preliminarily approved by this Court. However, due to the holidays and certain outstanding issues, the parties have not yet finished these discussions. This Court granted the Parties a brief, one-week continuance for the status conference from January 12, 2021, to January 19, 2021. (Dkt. 122.)

Over the past week, the parties have continued to meet and confer regarding the settlement and how to move forward. Despite the parties' good faith efforts, there remain outstanding issues. Therefore, the parties respectfully request that the status conference scheduled for January 19, 2021, at 1:00 p.m. be continued for at least two weeks. The parties request a status conference to occur on February 2, 2021, or as soon thereafter as is convenient for this Court. In the meantime, the parties will continue to meet and confer in order to provide this Court with a final statement at the status conference.

Counsel for Defendant certifies that content of this document is acceptable to all persons required to sign the document and that Mr. Carpenter has provided his express authorization to place his electronic signature on this joint status report.

1 | Dated:    January 15, 2021
2 | CARLSON LYNCH                           COOLEY LLP

4 | /s/ Todd Carpenter                      /s/ Michelle Doolin
    Todd Carpenter                          Michelle C. Doolin

    Attorneys for Plaintiffs                Attorneys for Defendant
                                            THE CHILDREN'S PLACE, INC.

# CERTIFICATE OF SERVICE

I, Michelle C. Doolin, certify that on January 15, 2021, I caused a copy of the foregoing document to be filed via the Court's CM/ECF system, which will automatically serve notice upon all counsel of record.

Dated: January 15, 2021          By: /s/ Michelle Doolin
                                     Michelle C. Doolin