| | |
|---|---|
| 1 | COOLEY LLP |
| 2 | MICHELLE C. DOOLIN (179445) (mdoolin@cooley.com) |
| 3 | 4401 Eastgate Mall San Diego, CA  92121 |
| 4 | Telephone:   (858) 550-6000 Facsimile:    (858) 550-6420 |

```
 1   COOLEY LLP
     MICHELLE C. DOOLIN (179445)
 2   (mdoolin@cooley.com)
     4401 Eastgate Mall
 3   San Diego, CA  92121
     Telephone:   (858) 550-6000
 4   Facsimile:   (858) 550-6420

 5   COOLEY LLP
     ANDREW D. BARR (pro hac vice)
 6   (abarr@cooley.com)
     380 Interlocken Crescent, Suite 900
 7   Broomfield, CO 80021
     Telephone: (720) 566-4000
 8   Facsimile: (720) 566-4099

 9   Attorneys for Defendant
     The Children's Place, Inc.
10
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA RAEL and ALYSSA HEDRICK, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE CHILDREN'S PLACE, INC., a DELAWARE corporation, and DOES 1-50, inclusive,<br><br>Defendant. | Case No.  16CV0370-GPC-LL<br><br>**[CORRECTED] NOTICE OF MODIFIED SETTLEMENT AGREEMENT PURSUANT TO COURT'S ORDER (DKT. NO. 142)**<br><br>Judge:  Hon. Gonzalo P. Curiel<br>Ctrm:    Schwartz-2D |

Pursuant to this Court's Order Approving Modified Class Action Settlement, With Award of Attorney's Fees to Be Bifurcated dated March 31, 2021 (Dkt. No. 142) ("Order"), Defendant The Children's Place ("TCP") submits the modified Settlement Agreement and Release ("Agreement") as instructed by the Court.

Attached hereto as **Exhibit A** is a true and correct copy of the original Agreement that was entered into by the Parties on or about November 10, 2017.

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

NOTICE OF MODIFIED
SETTLEMENT AGREEMENT
CASE NO. 16CV0370-GPC-LL

1     Attached hereto as **Exhibit B** is a true and correct copy of Amendment No. 1 to the Agreement ("Amendment"), which sets forth the modified release language (Section 1.10 of the Agreement) as agreed upon by the Parties and pursuant to the Court's Order.

    Pursuant to the Amendment, all references in the Agreement to the "Agreement" or "Settlement Agreement" shall mean the Agreement as amended by the Amendment, and except as expressly amended by the Amendment, the terms of the Agreement continue unchanged and shall remain in full force and effect.

Dated:     April 2, 2021      COOLEY LLP

/s/ Michelle C. Doolin
Michelle C. Doolin

Attorneys for Defendant
THE CHILDREN'S PLACE, INC.

## **CERTIFICATE OF SERVICE**

I, Michelle C. Doolin, certify that on April 2, 2021, I caused a copy of the foregoing document to be filed via the Court's CM/ECF system, which will automatically serve notice upon all counsel of record.

Dated:   April 2, 2021         By: */s/* Michelle C. Doolin
                                    Michelle C. Doolin

Cooley LLP
Attorneys At Law
San Diego

2.

NOTICE OF MODIFIED
SETTLEMENT AGREEMENT
Case No. 16CV0370-GPC-LL