UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA RAEL and ALYSSA HEDRICK, on behalf of themselves and all others similarly situated,<br><br>                                        Plaintiffs,<br><br>v.<br><br>THE CHILDREN'S PLACE, INC., a DELAWARE corporation, and DOES 1-50, inclusive,<br><br>                                        Defendant. | Case No.: 16-cv-00370-GPC<br><br>**ORDER GRANTING SIX-MONTH CONTINUANCE** |

On July 28, 2021, this Court entered final judgment in this matter, ordering Defendant The Children's Place ("TCP") to issue Vouchers out of the "Voucher Fund," in accordance with Section Two of the Modified Settlement Agreement, to each Class Member who submitted a timely and valid Claim Form through the Claims Administrator. ECF No. 148. Under Section Two of the Modified Settlement Agreement, the Vouchers were to be distributed on or before November 1, 2021. *Id.*

On October 29, 2021, the parties filed a Joint Status Report. ECF No. 149. In the Joint Status Report, the parties note that, given the complexities of the Voucher

1

distribution and a technical issue regarding the Vouchers, the parties have agreed to extend the Voucher distribution deadline from November 1, 2021 to November 15, 2021. *Id.* The parties request a six-month continuance of the telephonic status conference currently scheduled for November 5, 2021 at 1:30 PM, to allow time for the Vouchers to be distributed and for TCP to prepare and provide a status report reflecting then-current redemption rates and any other status updates. *Id.* Having considered the parties' filing, and good cause appearing, the Court HEREBY GRANTS the request for a six-month continuance. The telephonic status conference is continued to <u>Friday May 6, 2022 at 1:30 PM.</u>

**IT IS SO ORDERED.**

Dated:  November 1, 2021

Hon. Gonzalo P. Curiel
United States District Judge