1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9            SOUTHERN DISTRICT OF CALIFORNIA

10

11 | MONICA RAEL and ALYSSA           Case No.  16CV0370-GPC-BGS
   | HEDRICK, on behalf of themselves
12 | and all others similarly situated,     **ORDER GRANTING PARTIES'**
                                            **FINAL VOUCHER**
13 |          Plaintiffs,                    **DISTRIBUTION PLAN**

14 |     v.                                  [ECF No. 193]

15 | THE CHILDREN'S PLACE, INC., a
   | DELAWARE corporation, and DOES
16 | 1-50, inclusive,

17 |          Defendant.

18

19

20

21

22

23

24

25

26

27

28

1    **ORDER**

2      This Court has timely received and reviewed the Joint Status Report informing

3    this Court of the final voucher distribution plan filed by Defendant The Children's

4    Place, Inc. ("TCP") and Plaintiffs Monica Rael and Alyssa Hedrick (collectively,

5    "Plaintiffs") (Plaintiffs and TCP collectively, the "Parties").  (Dkt. 193.)

6      The Court hereby GRANTS the Parties' request that it approve of the Parties'

7    final voucher distribution plan and hereby ORDERS that (1) TCP distribute a final

8    voucher of approximately $6.30 ("Final Voucher") to each Authorized Claimant within

9    60 days of this Order; (2) TCP file a declaration from the Claims Administrator

10   confirming distribution within 21 days thereafter; (3) pursuant to Section 2.8 of the

11   Settlement and because the Final Vouchers are unrelated to any award of attorneys' fees

12   and costs, no further reporting to the Court shall be necessary or required; and (4) upon

13   the filing of declaration from the Claims Administrator confirming distribution as set

14   forth in (2) above, this Order provides that the Parties' obligations under Section 2.8 of

15   the Settlement Agreement shall be satisfied and complete.

16     **IT IS SO ORDERED.**

17

18   Dated:  July 17, 2024

19                                  Hon. Gonzalo P. Curiel
20                                  United States District Judge

21

22

23

24

25

26

27

28

**ORDER GRANTING PARTIES' FINAL
VOUCHER DISTRIBUTION PLAN
CASE No. 16CV0370-GPC-BGS**